◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARY NELSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered April 21, 1977, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. On appeal, defendant argues that he was not properly convicted of burglary in the second degree, since the People did not prove beyond a reasonable doubt that the crime was committed "at night" (see Penal Law, § 140.25). However, this very same point was raised by the defendant's codefendant, William Earl Smith, on his appeal from a judgment of conviction for burglary in the second degree, and was specifically

rejected by this court when it affirmed the latter's conviction (see *People v Smith,* 62 AD2d 1043). We have examined all of the remaining points raised by defendant, including those raised *pro se,* and find them to be without merit. Hopkins, J. P., Damiani, Titone and Mangano, JJ., concur.